1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER JOHNSON,                    Case No.: 1:21-cv-01491-SKO (PC)

12                    Plaintiff,
                                              **ORDER TO SHOW CAUSE WHY MOTION
13        v.                                  TO PROCEED *IN FORMA PAUPERIS*
                                              SHOULD NOT BE DENIED**
14    LT. FLORES,
                                              21-DAY DEADLINE
15                    Defendant.

16

17        Plaintiff Christopher Johnson has filed a motion to proceed *in forma pauperis* ("IFP")

18    pursuant to 28 U.S.C. § 1915. (Doc. 2.) According to the certified account statement submitted by

19    the California Department of Corrections and Rehabilitation, Plaintiff had $1,535.39 in his inmate

20    trust account as of July 15, 2021. (Doc. 5.) As of September 17, 2021, Plaintiff had $433.60 in his

21    account. This is enough to pay the $402 filing fee in this action. Therefore, Plaintiff must show

22    why he is entitled to proceed *in forma pauperis*.

23        Proceeding "in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114,

24    116 (9th Cir. 1965). While a party need not be completely destitute to proceed *in forma pauperis*,

25    *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "'the same even-handed

26    care must be employed to assure that federal funds are not squandered to underwrite, at public

27    expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole

28    or in material part, to pull his own oar,'" *Doe v. Educ. Enrichment Sys.*, No. 15-cv-2628-MMA-

MDD, 2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. 2015) (citation omitted). Hence, "the court shall dismiss the case at any time if the court determines that the [plaintiff's] allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A).

According to his inmate trust account, Plaintiff has adequate funds to pay the filing fee for this action. Accordingly, the Court ORDERS Plaintiff, **within 21 days** of the date of service of this order, to show cause in writing why his motion to proceed IFP should not be denied. **Failure to respond to this order may result in a recommendation that this action be dismissed for failure to obey a court order**.

IT IS SO ORDERED.

Dated:   **October 13, 2021**                          /s/ *Sheila K. Oberto*

                                                       UNITED STATES MAGISTRATE JUDGE